# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JOHN K. HALL,<br><br>  Plaintiff,<br><br>  vs.<br><br>NANCY A. BERRYHILL,[1]<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:16-cv-01153-GSA<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION |

Pursuant to the Parties' Stipulation for an Extension of Time (Doc. 13), IT IS HEREBY ORDERED that Defendant has until **May 26, 2017** to submit her response to Plaintiff's opening brief. All other dates in the Scheduling Order (Doc. 3) shall be extended accordingly.

IT IS SO ORDERED.

  Dated: __**April 18, 2017**__         _____**/s/ Gary S. Austin**_____
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Stipulation; Case No.: 1:16-cv-01153-GSA

1