# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN K. HALL, | ) |
| | ) CASE NO.: 1:16-cv-1153-GSA |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER AWARDING EAJA** |
| | ) **ATTORNEY'S FEES AND COSTS** |
| NANCY A. BERRYHILL, Deputy | ) **PURSUANT TO 28 U.S.C. § 1920** |
| Commissioner for Operations, | ) |
| performing the duties and functions | ) |
| not reserved to the Commissioner of | ) |
| of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' stipulation (Doc. 20), Plaintiff's counsel shall be awarded Equal Access to Justice Act ("EAJA") fees pursuant to 28 U.S.C. § 2412(d) in the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($4,500.00) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) under 28 U.S.C. § 1920. All payments shall be made in accordance with *Astrue v. Ratliff*, 560 U.S. 568, 598, 130 S.Ct. 2521, 2252-53 (2010) and with the terms

outlined in the parties' stipulation.

IT IS SO ORDERED.

    Dated: **April 16, 2018**         **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE